# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>DESI PONCE DE LEON,<br><br>　　　　　Defendant. | Case No.  2:25-cr-00695-MWF-1<br><br>ORDER OF DETENTION |

　　　　On September 2, 2025, Defendant Desi Ponce De Leon made his initial appearance on the Complaint filed in this matter. He was represented by Claire Kennedy of the Federal Public Defender's Office. Mr. Ponce De Leon requested a brief continuance of the detention hearing; that request was granted and Mr. Ponce De Leon was ordered temporarily detained. At the continued detention hearing held on September 8, 2025, Mr. Ponce De Leon submitted on the detention recommendation in the Pretrial Services Report.

　　　　The Court makes the following findings:

☒ On motion by the Government [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

☒ On motion by the Government [18 U.S.C. § 3142(f)(1)(C)] in a case that involves an offense for which the maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

The Court concludes that the Government is entitled to a detention hearing under § 3142(f)(1)(C) and (f)(2).

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☐ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

Mr. Ponce De Leon is not a citizen of the United States; he is a lawful permanent resident—a status that could be put at risk if he is ultimately convicted of the charges filed in this case. Mr. Ponce De Leon is a citizen of the Philippines, and his mother, brother, and four adult children live there. Mr. Ponce De Leon did not offer anyone who could verify the information he provided to Pretrial Services, nor anyone who could serve as a potential surety, were the Court to set such a condition

in his case. The Pretrial Services reflects—and the defense has not at this juncture contested—that Mr. Ponce De Leon did not comply with law enforcement orders when apprehended and that Mr. Ponce De Leon was making arrangements before his arrest to flee to the Philippines. Under these facts, the Court does not believe that conditions could be set that would ensure Mr. Ponce De Leon's appearance as required for further proceedings in this case.

    IT IS THEREFORE ORDERED that Mr. Ponce De Leon be detained until trial. He should be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. He shall be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.  [18 U.S.C. § 3142(i)]

Dated: September 8, 2025

                                                  /s/
                                BRIANNA FULLER MIRCHEFF
                              UNITED STATES MAGISTRATE JUDGE